IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:94CV237 |
| | ) | (Financial Litigation Unit) |
| BARBARA ANN ALEXANDER, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| KIDDIE FARMS CHILD DEVELOPMENT CENTER, INC., | ) | |
| | ) | |
|     Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

This matter is before the Court on the "Motion for Dismissal of Writ of Garnishment" filed by the Government on September 22, 2006. For the reasons stated in the motion and for good cause shown, the Court will GRANT the Government's Motion.

**It is therefore, ordered** that the "Motion for Dismissal of Writ of Garnishment" is hereby **Granted**.

**It is further ordered**, that the "Writ of Continuing Garnishment" in this case issued against the Defendant, Barbara Ann Alexander, on July 19, 2005, is hereby **Dismissed**.

**SO ORDERED**.

Signed: September 22, 2006

_____
Carl Horn, III
United States Magistrate Judge